**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1807**

_____

MY'KA EL,

                Plaintiff - Appellant,

        v.

R. PRESTON, JR.; M. WILDE; CHARLOTTE MECKLENBURG POLICE DEPARTMENT,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:19-cv-00090-KDB-SCR)

_____

Submitted:  July 8, 2025                                Decided:  August 6, 2025

_____

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

My'Ka El, Appellant Pro Se.  Isaac Wade Sturgill, OFFICE OF THE CITY ATTORNEY, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

My'Ka El appeals the district court's order granting Appellees' motion to dismiss his amended 42 U.S.C. § 1983 complaint for failure to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we deny El's motion for production of transcripts at government expense and affirm the district court's order.  *El v. Preston*, No. 3:19-cv-00090-KDB-SCR (W.D.N.C. Aug. 8, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*